**Order entered November 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00191-CR

### JOHN WHEELER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-10261-T**

## ORDER

Before the Court is the State's November 14, 2019 second motion for extension of time to file its brief. The State's brief has been tendered with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE